FILED
2010 May-17  PM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF ALABAMA
### Southern Division

| | |
|---|---|
| TELESIA LOYd, )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>MILAN EXPRESS, )<br>      Defendant ) | Case No. 2:08-cv-02256-PWG |

### DEFENDANT'S TRIAL EXHIBITS LIST

Comes now the defendant, Milan Express Co., Inc., by and through its undersigned counsel and, pursuant to the Scheduling Order in this cause, files this list of exhibits it intends to introduce and may introduce in the trial of this matter. Defendant reserves the right to amend this list after the Court rules on Defendant's pending Motion for Summary Judgment and after the Pre-Trial Conference.

**A.     EXHIBITS DEFENDANT EXPECTS TO INTRODUCE**

1. Plaintiff's maternity leave request.

2. October 10, 2006 letter from Paula Johnson to Plaintiff re maternity leave request.

1

3. Plaintiff's FMLA Leave request dated October 31, 2006.

4. Note from Plaintiff's doctor requesting reduction in Plaintiff's shift hours.

5. Plaintiff's Short Term Disability Pay Record.

6. Status Change form for Plaintiff, layoff effective date 1-16-2007.

7. List of Birmingham employees whose employment terminated since January 5, 2007 and who were not replaced – extracted from a list of all Defendant's Birmingham employees during the period January 1, 2004 – February 15, 2010, which list was provided to Plaintiff's counsel on February 23, 2010 pursuant to discovery.

8. Leave of Absence Request from Brittney Pridmore dated 2-4-2008.

9. FMLA form dated 6-4-2008 for Brittney Pridmore.

10. Short Term Disability Pay Record for Brittney Pridmore for 2008.

**B.     EXHIBITS DEFENDANT MAY INTRODUCE**

1. Defendant's Employment Policies Manual (Employee Handbook)

2. Employment Application of the Plaintiff.

3. Pay Change (Initial Hire) form for the Plaintiff.

4. Employment Application of Brandon Crawford.

5. Pay Change (Initial Hire) form for Brandon Crawford.

6. Employment Application of Brittney Pridmore.

7. Pay Change (Initial Hire) form for Brittney Pridmore.

8. Any exhibits listed by the Plaintiff.

9. Any exhibits needed for rebuttal.


s / John P. Scruggs
John P. Scruggs         Tenn. B.P.R. No. 5676
Appearing *pro hac vice*
Attorney for the Defendant

SCRUGGS, SOSSAMAN & THOMPSON, PLLC
One Commerce Square, Suite 1525
Memphis, TN   38103
Telephone: 901-507-7800
Facsimile: 901-202-4742
Email: jscruggs@sstlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2010, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Kevin W. Jent and Gregory O. Wiggins
    Attorneys for the Plaintiff
    Wiggins, Childs, Quinn & Pantazis, LLC
    Birmingham, AL  35203

I further certify that there are no non-CM/ECF participants in this case.


 s/ John P. Scruggs
John P. Scruggs    Tenn. B.P.R. No. 5676
Attorney for the Defendant

SCRUGGS, SOSSAMAN & THOMPSON, PLLC
One Commerce Square, Suite 1525
Memphis, TN   38103
Telephone: 901-507-7800
Facsimile: 901-202-4742
Email: jscruggs@sstlawyers.com