FILED
2010 Nov-01  PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TELESIA LOYD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )   CV-08-BE-2256-S |
| | ) |
| **MILAN EXPRESS,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

This matter is before the court on the Magistrate Judge's Report and Recommendation (doc. 29), recommending the granting of Defendant's Motion for Summary Judgment (doc. 14), to which Plaintiff objected (doc. 31). The court ACCEPTS in part and REJECTS in part the Magistrate Judge's recommendations, GRANTING in part and DENYING in part Defendant's motion.

The court REJECTS the Magistrate Judge's recommendation on the *pregnancy*-based discriminatory layoff claim and DENIES Defendant's motion for summary judgment on this issue. The court ADOPTS the Magistrate Judge's Report on the *race*-based discriminatory layoff claim, ACCEPTS his Recommendation on this issue, and GRANTS Defendant's motion for summary judgment on this issue. Plaintiff did not properly plead a claim for discriminatory discipline in her Complaint; however, to the extent that Plaintiff now attempts to assert such a claim, the court ADOPTS the Magistrate Judge's Report on the discriminatory discipline issue,

ACCEPTS the Magistrate Judge's Recommendation on this issue, and GRANTS summary judgment in favor of Defendant and against Plaintiff on it.

DONE and ORDERED this 1st day of November, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE