IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TELESIA LOYD,
    Plaintiff,

vs.                                                                    CV 08-BE-2256-S

MILAN EXPRESS,
    Defendant.

## ORDER SETTING JURY TRIAL

The above-referenced action is scheduled for jury trial at **9:00 a.m. on Monday, February 7, 2011** in Courtroom 5-A, Hugo L. Black U. S. Courthouse in Birmingham, Alabama.  The parties are reminded to comply with the submission deadlines contained in the pretrial order and Exhibit A to the pretrial order.

Trial exhibits must be premarked with <u>this court's</u> exhibit labels.  To request exhibit labels and exhibit lists, contact the courtroom deputy, Patsy Wideman, at 278-1738 at least <u>three business days</u> prior to trial.  In addition to the trial exhibits premarked for presentation as evidence at trial, the court requests for the bench an exhibit notebook of anticipated trial exhibits (to the extent possible and practical).

Counsel are reminded that no exhibit can be shown to the jury or read aloud until <u>after</u> the exhibit has been admitted into evidence.

At the conclusion of general voir dire conducted by the court, counsel will be allowed fifteen minutes per side to conduct their own voir dire.  Opening statements will

be limited to fifteen minutes per side and will be timed.

This court has learned that the following violations of rules of decorum delay trials and create undue controversy.  For that reason, the court **directs** as follows:

1. During the trial of this case, all attorneys and their clients shall stand each time the jury enters and exits the courtroom.

2. Counsel are expected to always conduct themselves with civility and appropriate decorum, whether addressing the court, witnesses, parties or opposing counsel. The court will not tolerate conduct that violates rules of decorum.

3. Do not argue at time of making objections unless the court calls for argument. Just state general ground(s).  Any argument, if needed, shall be made outside the presence of jury.

4. Counsel are to advise each other as to the anticipated order of witnesses and presentation of exhibits.  Any anticipated objections to evidence or evidentiary concerns shall be brought to the court's attention in advance of seating the jury or during regular breaks in trial so as to minimize disruption of trial for consideration of evidentiary issues.

5. Every attorney practicing in this court certifies to the court by appearance before this court that he or she has read Civ.R.83, this district court's local rules, and materials posted on website of undersigned (http://www.alnd.uscourts.gov/ bowdre/BowdrePage.htm), specifically court's expectations of counsel.

**Advisory for Limiting Personal
Information in Transcripts and Exhibits**

The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the court.  The policy requires limiting Social Security and financial account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year.  However, if such information is elicited during testimony or other court proceedings, it may become available to the public.  The better practice is for you to avoid introducing this information into the record in the first place.  Please take this into account

when questioning witnesses, presenting documents, or making other statements in court.  If a restricted item is mentioned in court, you may ask to have it stricken from the record or partially redacted to conform to the privacy policy, or the court may do so on its own motion.

    DONE and ORDERED this 22nd day of November 2010.

```
                              _____
                                    KARON OWEN BOWDRE
                                    UNITED STATES DISTRICT JUDGE
```